**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| DIANE PELLEGRINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-00155-HEH |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, DIANE PELLEGRINO, ("Plaintiff"), through her attorney, Richard W. Ferris, inform this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 15 days.

DATED:  June 26, 2017           RESPECTFULLY SUBMITTED,


                                By: /s/ Richard W. Ferris_____
                                    Richard W. Ferris, Esq.
                                    Virginia bar number 31812
                                    Attorney for Diane Pellegrino
                                    Ferris Winder, PLLC
                                    530 East Main St. Suite 300
                                    Richmond, VA 23219
                                    Phone: (804) 767-1800
                                    Fax: (888) 251-6228
                                    rwferris@ferriswinder.com

## **CERTIFICATE OF SERVICE**

On June 26, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Justin Sizemore, at jsizemore@reedsmith.com.

By: /s/ Richard W. Ferris_____
Richard W. Ferris